625 A.2d 612

**Dustin CLODGO, by his Mother and Natural Guardian, Jill CLODGO, and Jill Clodgo, in her own right, Appellants,**

v.

**Herbert S. BOWMAN, M.D.; Harrisburg Hospital; Harrisburg Hospital Laboratories; Harrisburg Hospital Hematology Center; and Harrisburg Hospital Department of Pathology.**

Supreme Court of Pennsylvania.

Argued May 5, 1993.

Decided May 24, 1993.

Donald L. Jones, Diane S. Baker, for appellants.

Randall G. Dale, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.